## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

KEVIN RATAJCZYK on his behalf
and others similarly situated,

      Plaintiff,

v.                                        CASE NO. 2:09-CV-754-FtM-36DNF

SIERRA CONTRACTORS INC., a Florida
Profit Corporation, LARRY WOLNY
individually, and RUSTI WONLY
individually,

      Defendants.

_____/

## <u>ORDER</u>

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by

United States Magistrate Judge Douglas N. Frazier on October 4, 2010 (Dkt. 38) recommending that

the Court grant the Joint Motion for Approval of Settlement Agreement (Dkt. 37) and approve the

Settlement Agreement and Full and Final Mutual Release of All Claims (Dkt. 37-1).  The Court

notes that neither party filed written objections to the Report and Recommendation, and the time for

filing such objections has expired.

      After careful consideration of the Report and Recommendation of the Magistrate Judge in

conjunction with an independent examination of the court file, the Court is of the opinion that the

Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all

respects.  The Court is satisfied that the settlement reached between the parties is a "fair and

reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor

Standards Act.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

**ACCORDINGLY**, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1)      The Report and Recommendation of the Magistrate Judge (Dkt. 38) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this order for all purposes, including appellate review.

2)      The Joint Motion for Approval of Settlement Agreement (Dkt. 37) is **GRANTED**. The Settlement Agreement and Full and Final Mutual Release of All Claims (Dkt. 37-1) is **APPROVED**.  The Court will retain jurisdiction for **ONE HUNDRED AND FIFTY (150) DAYS** to enforce the terms of the parties' settlement.

3)      The clerk is directed to terminate any pending motions/deadlines, dismiss this action with prejudice, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on October 19, 2010.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD

-2-